

*A PERSONAL INJURY LAW FIRM*

**BRIAN J. LEVY & ASSOCIATES, PLLC**
303 JACKSON AVENUE
SYOSSET, NEW YORK, 11791
TOLL FREE: 1 (800) 691-1350
(516) 496-1777 TELEPHONE
(516) 226-1040 FAX

BRONX OFFICE:
3265 WESTCHESTER AVENUE
BRONX, NY 10461
DIRECT: 718-423-0757

March 6, 2020

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007



Re: Carmen Burgos v. The Stop & Shop Supermarket Company, LLC
Docket No.: 1:20-cv-00164 (KPF)

**ADJOURNMENT REQUEST-INITIAL PRETRIAL CONFERENCE MARCH 10, 2020**

Dear Honorable Justice Polk Failla,

We represent Plaintiff Carmen Burgos.

We request adjournment of initial pretrial conference scheduled for Tuesday, March 10, 2020 at 3:30 p.m.

No prior adjournments have been requested.

Defense counsel Erin Frost, Cullen & Dykman grants consent.

Due to a scheduling conflict we request either April 21 or 28.

We respectfully ask for the favorable consideration of this request.

Very truly yours,
BRIAN J. LEVY & ASSOCIATES, PLLC

Brian J. Levy, Esq.

BJL/km
cc: Erin Frost, Esq.
CULLEN & DYKMAN, LLP
brvan@cullenllp.com
efrost@cullenllp.com

Application GRANTED. The initial pretrial conference currently scheduled for March 10, 2020, is hereby ADJOURNED to April 28, 2020, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:	March 6, 2020	SO ORDERED.
	New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE