

44 Wall Street
New York, New York 10005-2407
Telephone (212) 732-2000 • Facsimile (212) 571-1219

**MELISSA MANNA**
ASSOCIATE
DIRECT: 516-357-3753
FAX: 212-742-1219
E-MAIL MMANNA@CULLENLLP.COM

April 30, 2020

**MEMO ENDORSED**

**Via ECF and E-Mail:**
Honorable Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Carmen Burgos v. The Stop & Shop Supermarket Company LLC
             Docket no.  : 1:20-cv-00164 (KPF)
             D/Loss       : 08/14/2019
             Our File No. : 23003-146

Dear Honorable Justice Polk Failla:

Please be advised that we represent defendant The Stop & Shop Supermarket Company LLC in the above referenced matter.

Please accept this joint status letter pursuant to Your Honor's directive.

The subject lawsuit involves an alleged slip and fall that took place on August 14, 2019 at the Stop & Shop Supermarket located at 961 East 174th Street, Bronx, New York. Plaintiff claims to have sustained cervical herniations, tear and synovitis of the right shoulder, lumbar sprain, and left hip traumatic bursitis.

Attached is our jointly proposed case management order. Paper discovery has been exchanged and the remaining discovery is provided for in that attached proposed order.

Plaintiff has not yet set forth a settlement demand.

Based on the within Civil Case Management Plan and Schedule, the parties respectfully request that the initial conference be deemed adjourned sine die.



Thank you for your attention to the foregoing.

Very Truly Yours,

*Melissa Manna*

Melissa Manna
Attorneys for Defendant

*Brian J. Levy*

Brian J. Levy
Attorneys for Plaintiff

```
Application GRANTED.  The Court will endorse the parties' proposed case
management plan under separate cover.  The initial pretrial conference
currently scheduled for May 20, 2020, is hereby ADJOURNED sine die.  The
parties are ORDERED to appear for a pretrial conference on September 8,
2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall
Courthouse, 40 Foley Square, New York, New York.

Dated:     May 5, 2020                  SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE